Eric M. Haley, Trustee

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA
PHOENIX DIVISION

In re: §
§
SHEFFIELD, NICHOL § Case No. 2:13-bk-14462-PS
§
Debtor(s) §

# CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Eric M. Haley, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00<br>*(Without deducting any secured claims)* | Assets Exempt: 6,497.54 |
| Total Distributions to Claimants: 870.74 | Claims Discharged<br>Without Payment: 224,718.11 |
| Total Expenses of Administration: 428.40 | |

3) Total gross receipts of $ 2,035.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 735.86 (see **Exhibit 2**), yielded net receipts of $ 1,299.14 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 428.40 | 428.40 | 428.40 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 134,340.92 | 120,507.90 | 119,759.93 | 870.74 |
| **TOTAL DISBURSEMENTS** | $ 134,340.92 | $ 120,936.30 | $ 120,188.33 | $ 1,299.14 |

4) This case was originally filed under chapter 7 on 08/21/2013 . The case was pending for 23 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/30/2015   By: /s/Eric M. Haley
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2013 FEDERAL INCOME TAX REFUND | 1224-000 | 2,035.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 2,035.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NICHOL SHEFFIELD | Non-Estate Funds Paid to Third Parties | 8500-000 | 735.86 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 735.86** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ERIC HALEY, TRUSTEE | 2100-000 | NA | 324.79 | 324.79 | 324.79 |
| ERIC HALEY, TRUSTEE | 2200-000 | NA | 13.61 | 13.61 | 13.61 |
| UNION BANK | 2600-000 | NA | 90.00 | 90.00 | 90.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 428.40 | $ 428.40 | $ 428.40 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Allianceone Po Box 2449 Gig Harbor, WA 98335 | | 710.00 | NA | NA | 0.00 |
| | Bank Of America Po Box 982235 El Paso, TX 79998 | | 0.00 | NA | NA | 0.00 |
| | Cap One Po Box 85520 Richmond, VA 23285 | | 0.00 | NA | NA | 0.00 |
| | Dept Of Ed/Sallie Mae 11100 Usa Pkwy Fishers, IN 46037 | | 13,260.00 | NA | NA | 0.00 |
| | Dept Of Ed/Sallie Mae 11100 Usa Pkwy Fishers, IN 46037 | | 8,649.00 | NA | NA | 0.00 |
| | Dept Of Ed/Sallie Mae 11100 Usa Pkwy Fishers, IN 46037 | | 8,649.00 | NA | NA | 0.00 |
| | Dept Of Ed/Sallie Mae 11100 Usa Pkwy Fishers, IN 46037 | | 8,394.00 | NA | NA | 0.00 |
| | Dept Of Ed/Sallie Mae 11100 Usa Pkwy Fishers, IN 46037 | | 7,962.00 | NA | NA | 0.00 |
| | Dept Of Ed/Sallie Mae 11100 Usa Pkwy Fishers, IN 46037 | | 7,032.00 | NA | NA | 0.00 |
| | Dept Of Ed/Sallie Mae 11100 Usa Pkwy Fishers, IN 46037 | | 6,048.00 | NA | NA | 0.00 |
| | Dept Of Ed/Sallie Mae 11100 Usa Pkwy Fishers, IN 46037 | | 6,048.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Dept Of Ed/Sallie Mae 11100 Usa Pkwy Fishers, IN 46037 | | 4,333.00 | NA | NA | 0.00 |
| | Dept Of Ed/Sallie Mae 11100 Usa Pkwy Fishers, IN 46037 | | 4,158.00 | NA | NA | 0.00 |
| | Dept Of Ed/Sallie Mae 11100 Usa Pkwy Fishers, IN 46037 | | 3,791.00 | NA | NA | 0.00 |
| | Dept Of Ed/Sallie Mae 11100 Usa Pkwy Fishers, IN 46037 | | 2,713.00 | NA | NA | 0.00 |
| | Dept Of Ed/Sallie Mae 11100 Usa Pkwy Fishers, IN 46037 | | 1,685.00 | NA | NA | 0.00 |
| | Dept Of Ed/Sallie Mae 11100 Usa Pkwy Fishers, IN 46037 | | 1,355.00 | NA | NA | 0.00 |
| | Hunter Warfield 4620 Woodland Corporate Tampa, FL 33614 | | 2,746.00 | NA | NA | 0.00 |
| | LAW OFFICE OF JOE PEZZATO 4013 E BROADWAY #A2 Phoenix, AZ 85040 | | 10,257.92 | NA | NA | 0.00 |
| | Midland Funding 8875 Aero Dr Ste 200 San Diego, CA 92123 | | 4,063.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Midland Funding 8875 Aero Dr Ste 200 San Diego, CA 92123 | | 1,268.00 | NA | NA | 0.00 |
| | Midland Mtg/Midfirst 999 Nw Grand Blvd Oklahoma City, OK 73118 | | 0.00 | NA | NA | 0.00 |
| | Nelnet Loans 6420 Southpoint Pkwy Jacksonville, FL 32216 | | 2,707.00 | NA | NA | 0.00 |
| 000004 | BH FINANCIAL SERVICES, INC. | 7100-000 | 5,152.00 | 5,172.24 | 5,172.24 | 37.37 |
| 000001 | DISCOVER BANK | 7100-000 | 3,075.00 | 3,075.12 | 3,075.12 | 22.22 |
| 000002 | NELNET | 7100-000 | 5,838.00 | 8,743.80 | 8,743.80 | 63.18 |
| | UNITED STATES TREASURY | 7100-000 | NA | 0.00 | -747.97 | -747.97 |
| 000003 | US DEPT OF EDUCATION | 7100-000 | 14,447.00 | 103,516.74 | 103,516.74 | 1,495.94 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 134,340.92 | $ 120,507.90 | $ 119,759.93 | $ 870.74 |

| Case No: | 13-14462 | PS | Judge: PAUL SALA | Trustee Name: | Eric M. Haley |
| --- | --- | --- | --- | --- | --- |
| Case Name: | SHEFFIELD, NICHOL | | | Date Filed (f) or Converted (c): | 08/21/13 (f) |
| | | | | 341(a) Meeting Date: | 09/23/13 |
| For Period Ending: | 06/30/15 | | | Claims Bar Date: | 09/02/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. FINANCIAL ACCOUNTS WELLS FARGO CHK ACCT 2845 | 150.00 | 0.00 | | 0.00 | FA |
| 2. HOUSEHOLD GOODS KITCHEN TABLES AND CHAIRS, LIVING ROOM SOFA, 3 BEDS, VACUUM CLEANER, 3 TVS, BEDDING Location: 5336 S. COUNTRY CLUB WAY, Tempe AZ 85283 | 700.00 | 0.00 | | 0.00 | FA |
| 3. WEARING APPAREL CLOTHING Location: 5336 S. COUNTRY CLUB WAY, Tempe AZ 85283 | 100.00 | 0.00 | | 0.00 | FA |
| 4. PENSION / PROFIT SHARING ACADIA HEALTHCARE 401K Location: 53365 S. COUNTRY CLUB WAY, Tempe AZ 85283 | 267.68 | 0.00 | | 0.00 | FA |
| 5. VEHICLES 2008 FORD CROWN VICTORIA 224K MILES Location: 5336 S. COUNTRY CLUB WAY, Tempe AZ 85283 | 4,544.00 | 0.00 | | 0.00 | FA |
| 6. 2013 FEDERAL INCOME TAX REFUND (u) | 2,035.00 | 0.00 | | 2,035.00 | FA |
| 7. 2013 STATE INCOME TAX REFUND (u) | 0.00 | 0.00 | | 0.00 | FA |

| | | | | | Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | $7,796.68 | $0.00 | | $2,035.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TDR

| | | | |
|---|---|---|---|
| Case No: | 13-14462    PS    Judge: PAUL SALA | Trustee Name: | Eric M. Haley |
| Case Name: | SHEFFIELD, NICHOL | Date Filed (f) or Converted (c): | 08/21/13 (f) |
| | | 341(a) Meeting Date: | 09/23/13 |
| | | Claims Bar Date: | 09/02/14 |

June 16, 2015 (ERIC) - Paid add'l dividend to creditors.

May 23, 2015 (ERIC) - prep'd req to pay add'l dividend to amended claim number 3 and sent to ust.

April 23, 2015 (ERIC) - T/c W/Jack Simmons @ Nelnet (303-696-5514); Navient will be refunding claim amount paid because Debtor consolidated student loans and Navient account shows zero; claim is not withdrawn though; Nelnet is going to amend the Navient claim and correct the address; do not file TDR until refund rec'd and new check cut on same claim to DOE % Nelnet

February 16, 2015 (ERIC) - Submitted TFR to UST for approval.

February 16, 2015 (ERIC) - Bank service fees: $90.00

February 16, 2015 (ERIC) - Reviewed claims and compared schd'd assets to Form 1.

January 09, 2015 (ERIC) - Rec'd 2013 Tax Returns


Initial Projected Date of Final Report (TFR): 12/31/14        Current Projected Date of Final Report (TFR): 12/31/15

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-14462 -PS | Trustee Name: | Eric M. Haley |
| --- | --- | --- | --- |
| Case Name: | SHEFFIELD, NICHOL | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******2070 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1805 | | |
| For Period Ending: | 06/30/15 | Blanket Bond (per case limit): | $ 0.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/20/14 | 6 | UNITED STATES TREASURY | 2013 FED INCOME TAX REFUND | 1224-000 | 2,035.00 | | 2,035.00 |
| 07/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,020.00 |
| 08/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,005.00 |
| 09/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,990.00 |
| 10/27/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,975.00 |
| 11/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,960.00 |
| 12/26/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,945.00 |
| 01/12/15 | 300001 | NICHOL SHEFFIELD<br>5336 S. COUNTRY CLUB WAY<br>TEMPE, AZ 85283-2412 | DEBTOR SHARE 2013 FED INCOME TAX REFUND | 8500-000 | | 735.86 | 1,209.14 |
| 04/07/15 | 300002 | Eric Haley, Trustee<br>P.O. BOX 13390<br>Scottsdale, AZ 85267 | Chapter 7 Compensation/Fees | 2100-000 | | 324.79 | 884.35 |
| 04/07/15 | 300003 | Eric Haley, Trustee<br>P.O. BOX 13390<br>Scottsdale, AZ 85267 | Chapter 7 Expenses | 2200-000 | | 13.61 | 870.74 |
| 04/07/15 | 300004 | DISCOVER BANK<br>DB SERVICING CORPORATION<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Claim 000001, Payment 0.72257%<br>ACCT: 5717 | 7100-000 | | 22.22 | 848.52 |
| 04/07/15 | 300005 | NELNET<br>121 S 13TH AT STE 201<br>LINCOLN NE 68508 | Claim 000002, Payment 0.72257%<br>ACCT: 0965 | 7100-000 | | 63.18 | 785.34 |
| 04/07/15 | 300006 | NAVIENT SOLUTIONS INC.<br>DEPARTMENT OF EDUCATION LOAN SERVICES<br>PO BOX 740351<br>ATLANTA, GA 30374-0351 | Claim 000003, Payment 0.72256%<br>ACCT: 0965 | 7100-000 | | 747.97 | 37.37 |

Page Subtotals     2,035.00     1,997.63

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-14462 -PS | | Trustee Name: | Eric M. Haley |
|---|---|---|---|---|
| Case Name: | SHEFFIELD, NICHOL | | Bank Name: | UNION BANK |
| | | | Account Number / CD #: | *******2070 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1805 | | | |
| For Period Ending: | 06/30/15 | | Blanket Bond (per case limit): | $ 0.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/07/15 | 300007 | BH FINANCIAL SERVICES, INC.<br>LAW OFFICES OF KENOSIAN AND MIELE<br>8581 SANTA MONICA BLVD #17<br>LOS ANGELES, CALIFORNIA 90069 | Claim 000004, Payment 0.72251%<br>ACCT: 0965<br>(4-1) 323-297-2100 | 7100-000 | | 37.37 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 2,035.00 | 2,035.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 2,035.00 | 2,035.00 | |
| Less: Payments to Debtors | | 735.86 | |
| Net | 2,035.00 | 1,299.14 | |

Page Subtotals  0.00  37.37

Ver: 18.05

LFORM24  Case 2:13-bk-14462-PS    Doc 22    Filed 08/13/15    Entered 08/13/15 09:56:45    Desc
UST Form 101-7-TDR (10/1/2010) *(Page: 11)*    Page 11 of 12

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-14462 -PS | Trustee Name: | Eric M. Haley |
|---|---|---|---|
| Case Name: | SHEFFIELD, NICHOL | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******4175 Checking Account |
| Taxpayer ID No: | *******1805 | | |
| For Period Ending: | 06/30/15 | Blanket Bond (per case limit): | $ 0.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/23/15 | | UNITED STATES TREASURY | REFUND PAYMENT TO STUDENT LOAN ACCOUNT CONSOLIDATED SINCE CLAIM FILING | 7100-000 | | -747.97 | 747.97 |
| 06/16/15 | 300001 | US DEPARTMENT OF EDUCATION PO BOX 740283 ATLANTA, GA 30374-0283 | ACCT: 0965 | 7100-000 | | 747.97 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 0.00 | 0.00 | 0.00 |
| Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| Subtotal | | 0.00 | 0.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 0.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - ********2070 | 2,035.00 | 1,299.14 | 0.00 |
| Checking Account - ********4175 | 0.00 | 0.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 2,035.00 | 1,299.14 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00  0.00